UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TERRIEN, individual<br><br>                    Plaintiff,<br>     v.<br>BODY ACCOUNTING, INC., a California Corporation; JOSEPH DILLON, an individual; and DOES 1 through 25, inclusive<br><br>                    Defendants.<br>―――――――<br>BODY ACCOUNTING, INC., a California Corporation; JOSEPH DILLON, an individual.<br><br>                    Cross-Complainants,<br>     v.<br>SANDRA TERRIEN, an individual and DOES 1 through 5, inclusive<br><br>                    Cross-Defendant. | No.: 2:21-cv-06851- JAK (AFMx)<br><br>**ORDER RE STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE UNDER FRCP 41(A) (DKT. 31)** |

|  |  |
|---|---|
| 1 | Based on a review of the Stipulation of Dismissal of the Action with Prejudice (the "Stipulation" (Dkt. 31)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action is **DISMISSED WITH PREJUDICE**, with each party bearings its own attorney's fees and costs. |

**IT IS SO ORDERED.**

DATED:  April 7, 2022

_____
John A. Kronstadt
United States District Judge

2